UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ERIC B. PLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:06-cv-73-RLY-WGH |
| | ) | |
| HARTFORD LIFE INSURANCE COMPANIES, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Discussing Motion to Dismiss
and Directing Further Proceedings**

**I.**

Papers submitted by each party in conjunction with the defendant's motion to dismiss show that the Plan Administrator is not Hartford Life Insurance Company ("Hartford"), but that the name of the Plan is "Wright Motors of Henderson, Inc. dba Ridley Buick Pontiac GMC 401(k) Plan," and that the Plan Administrator is Wright Motors of Henderson, Inc. dba Ridley Buick Pontiac GMC. The established law is that ERISA suits generally may only be brought against the Plan itself. *See Garratt v. Knowles,* 245 F.3d 941, 949 (7th Cir. 2001); *Riordan v. Commonwealth Edison Co.,* 128 F.3d 549, 551 (7th Cir. 1997); *Jass v. Prudential Health Care Plan, Inc.,* 88 F.3d 1482, 1490 (7th Cir. 1996).

On the basis of the foregoing, Hartford's motion to dismiss is **granted.** The plaintiff's request to defer a scheduled court date is **denied.**

**II.**

**A.**

The dismissal of the complaint against Hartford shall not in this instance lead to the dismissal of the action. Instead, the plaintiff shall have **through June 21, 2006,** in which to file an amended complaint in which the proper defendant is named. If an amended complaint is filed, it shall conform to the following guidelines: (a) the amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . . ," (b) the amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of

which should recite, as far as practicable, only a single set of circumstances, (c) the amended complaint must identify what legal injury he claims to have suffered, and (d) the amended complaint shall contain a clear statement of the relief which is sought.

**B.**

If an amended complaint is filed and a different entity is named as defendant, and if the amended complaint states a viable claim as to the new defendant(s), the court will direct the issuance and service of process on the new defendant(s). If no amended complaint is filed as directed above, the court will direct the issuance of final judgment consistent with the ruling in Part I of this Entry.

**IT IS SO ORDERED.**

Date: 05/25/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Donald A. Murday
CHITTENDEN MURDAY & NOVOTNY LLC
dmurday@cmn-law.com

Eric B. Plock
11400 Broadway Avenue
Evansville, IN 47712